UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIJUANA L. CANDERS,

                Plaintiff,

-against-

R. NEGRON, *et al.*,

                Defendants.

20-CV-5347 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued November 12, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 13, 2020
            New York, New York

                                                    *Louis L. Stanton*
                                                    Louis L. Stanton
                                                         U.S.D.J.